UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY L. MCKAY,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C07-5334BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed Plaintiff's complaint, the Report and Recommendation (Dkt. 16) of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, and Plaintiff having failed to file objections to the Report and Recommendation, it is hereby

**ORDERED**:

(1)   the Court adopts the Report and Recommendation (Dkt. 16);

(2)   the ALJ erred as described in the report;

(3)   this matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

(4)   the Clerk is directed to send copies of this order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 14th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER