# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANNY L. McKAY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5334BHS/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report; and

this matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

|  |  |
|---|---|
| May 14, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | s/Caroline M. Gonzalez |
|  | Deputy Clerk |