# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANNY L. McKAY

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5334BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff is hereby awarded EAJA fees of $5,958.65 and expenses in the sum of $36.52, pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

| August 26, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M Gonzalez*
Deputy Clerk