AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANNY L. McKAY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5334BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff is awarded fees in the amount of $12,000.00 pursuant to 42 U.S.C. § 406(b).

| November 13, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk